JS-6

UNTIED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> LULAROE, LLC; et al., <br><br> Defendants. | Case No. 2:17-cv-04758-FMO-AFM <br><br> The Honorable Fernando M. Olguin <br><br> **ORDER ON STIPULATION [31] DISMISSING ACTION WITHOUT PREJUDICE** |
| LULAROE, LLC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JONG-JU KIM d/b/a MEGALINE APPAREL; and DOES 1-10, <br><br> Third-Party Defendants, | |

Having reviewed the stipulation of the parties to dismiss this action without prejudice, and finding good cause thereon,

- 1 -

IT IS HEREBY ORDERED that this entire action be dismissed without prejudice.

IT IS FURTHER ORDERED that as between Plaintiff Universal Dyeing & Printing, Inc. and Defendant Lularoe, LLC, each is to bear their respective costs and attorneys' fees as incurred against one another.

IT IS FURTHER ORDERED that as between Lularoe, LLC and Third-Party Defendant Jong Ju Kim, no waiver as to attorneys' fees and costs as incurred against one another is made.

Date: March 8, 2018          By: _____/s/_____
                                  Hon. Fernando M. Olguin
                                  United States District Judge